[No. 21496-6-III.   Division Three.   August 31, 2004.]

*In the Matter of the Marriage of* AMY MATHIASON, *Appellant*, and JUSTIN MATHIASON, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-00595-1, Ellen K. Clark, J., entered September 18, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Brown, J.

[No. 21882-1-III.   Division Three.   August 31, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. STERLING ANDRE LAMAR O'NEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-02244-9, Robert D. Austin, J., entered February 28, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 21971-2-III.   Division Three.   August 31, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY JAMES JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-8-01758-5, F. James Gavin, J., entered March 27, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22139-3-III.   Division Three.   August 31, 2004.]

JERRY C. MERRICK, *Appellant*, v. JEFFREY I. GREEAR, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 99-2-00291-4, Michael E. Cooper, J., entered May 12, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.